IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00923-WDM-BNB

PATRICIA MONTANO,

Plaintiff,

v.

DIRECTV, INC.,

Defendant.

_____

**ORDER**
_____

This matter is before me on the following motions:

(1)     **Defendant DIRECTV's Motion for Extension of Time to Respond to**

**Discovery Request** [Doc. # 16, filed 10/17/2006] (the "*Motion for Extension*"); and

(2)     **Defendant DIRECTV, Inc.'s Motion to Vacate November 7, 2006 Settlement**

**Conference** [Doc. # 17, filed 10/19/2006] (the "*Motion to Vacate Settlement Conference*").

I find that the *Motion for Extension* establishes good cause for the 15 day extension

requested.  In addition, under the circumstances described in the *Motion to Vacate Settlement*

*Conference*, I find that a settlement conference at this time would waste judicial resources and the

resources of the parties.

IT IS ORDERED that the *Motion for Extension* is GRANTED, and the defendant shall

have to and including **November 2, 2006**, within which to respond to Plaintiff's First Set of

Discovery Requests.

IT IS FURTHER ORDERED that the *Motion to Vacate Settlement Conference* is

GRANTED, and the settlement conference set for **November 7, 2006, at 1:30 p.m.**, is

VACATED.  A new settlement conference will be set on request, following consultation by the

parties and certification by their counsel that a conference would be useful in attempting to

resolve the case.

Dated October 24, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge